**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JONES & SONS, INC.**                                                          **PLAINTIFF**

**v.**                                **CASE NO. 4:24-CV-01059-BSM**

**ENTERGY SERVICES, INC.**                                                **DEFENDANT**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 30th day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE